IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PAMELA JAMISON** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 15-1006** |
| | : | |
| **CAROLYN W. COLVIN,** | : | |
| **ACTING COMMISSIONER OF** | : | |
| **SOCIAL SECURITY** | : | |

## ORDER

**NOW,** this 18th day of May, 2016, upon consideration of the Plaintiff's Brief and Statement of Issues in Support of Request for Review (Document No. 9), the defendant's response (Document No. 10), the plaintiff's objections to the Report and Recommendation (Document No. 14), and after a thorough and independent review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice (Document No. 13), it is **ORDERED** as follows:

1. The plaintiff's objections are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**[1];

3. The plaintiff's Request for Review is **DENIED**.

    /s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.

---

[1] Magistrate Judge Rice thoroughly reviewed and analyzed the record. His report is well-reasoned. There is no need to supplement it.